# United States District Court
# For The Western District of North Carolina
# Statesville Division

EMORY STEVENS REDFEAR,

    Petitioner,

vs.

LEWIS SMITH, SUPERINTENDENT,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV73-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2007, Order.

    Signed: October 17, 2007

Frank G. Johns, Clerk
United States District Court